UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION (Birmingham)

| | |
|---|---|
| IN RE: | } CASE NO: 16-03249-TOM |
| | } CHAPTER: 13 |
| | } |
| KRISTINA ILENE BISHOP | } |
|     Debtor | } |

**FACT SUMMARY SHEET FOR MOTION FOR RELIEF FROM AUTOMATIC STAY
OR FOR ADEQUATE PROTECTION IN CHAPTER 7 AND 13 CASES**

| | | | |
|---|---|---|---|
| Type of Loan/Credit Transaction: | **Conventional** | Date of Loan/Credit Transaction: | **08/02/2007** |
| Type of Collateral: | **Real Property** | Monthly Payment: | **$790.71** |
| Amount Financed: | **$102,500.00** | APR or Interest Rate: | **10.050%** |
| Term of Loan: | _____ months or **30** years | | |
| Payoff Amount: | **$90,427.56** as of **10/31/2018** (Date) | | |
| Value of Collateral and Basis: | **$92,000.00** (Value) as of **09/30/2016** (Date) and **Debtor`s Schedules** (Basis) | | |
| Address of real property: | **2057 Edith Ave, Birmingham, AL 35214** | | |
| Delinquent Pre-Petition Payments: | What Month(s)? | **07/01/2016 - 08/01/2016** | |
| | Amount? | **$1,589.38** | |
| | Claim filed? | **X Yes** | **___ No** |
| | Date Claim filed: | **10/27/2016** | Claim Number **3** |
| Number of Months of Pre-Petition Payment Default put into Debtor's Chapter 13 Plan: | | | **2** |
| Delinquent Post-Petition Payments: | What Month(s)? | **06/01/2018 - 10/01/2018** | |
| | Amount of mortgage payments? | **$3,953.55** | |
| | Late Charges? | **$0.00** | |
| | Court Costs/Attorney's fees? | **$1,031.00** | |
| | Total Amount Due | **$4,979.68** | |
| | Claim filed? | _____ Yes | **X** _____ No |
| | Date Claim filed: | _____ | Claim Number ___ |
| Number of Post-Petition Payments Received (Not How Applied): | | | **21** |
| Number of Post-Petition Payments Held by Creditor but Not Applied to Debt: | | | **$4.87** |
| Number of Post-Petition Payments Returned by Creditor to Debtor: | | | $0.00 |
| If Lease, Lease Expiration Date: | N/A | | |
| If Terminated, Lease Termination Date: | N/A | | |
| Insurer of Collateral: | **Unknown** | | |
| Term of Insurance: | _____ (Expiration Date) | | |
| Prior Stay Order(s) Involving Movant, Including Current Case: | ___Yes | XNo | |
| | If yes, give case number(s) and date(s) of order(s) | | |
| | Case No.: | Date: | |
| | Case No.: | Date: | |
| | Case No.: | Date: | |

Debtor's Statement of Intention:

| | | | |
|---|---|---|---|
| Date: | October 31, 2018 | Submitted by:(signature) | /s/ Jacob Mauldin |
| | | | Jacob Mauldin |
| | | | AL State Bar No. ASB-7826-B44M |
| | | | Rubin Lublin, LLC |
| | | | 100 Concourse Parkway, Suite 115 |
| | | | Birmingham, AL 35244 |
| | | | (877) 813-0992 |
| | | | jmauldin@rubinlublin.com |
| | | | Attorney for Creditor |

## CERTIFICATE OF SERVICE

      I, Jacob Mauldin of Rubin Lublin, LLC certify that on the 31st day of October, 2018, I caused a copy of Fact Summary Sheet for Motion for Relief from Automatic Stay or for Adequate Protection in Chapter 7 and 13 Cases to be filed in this proceeding by electronic means and to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Kristina Ilene Bishop
2057 Edith Avenue
Birmingham, AL 35214

Oscar W Adams, III, Esq.
Adams Law, PC
413 16th Street North
Birmingham, AL 35203

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

Executed on 10/31/18

/s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor