UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re:<br><br>    KRISTINA ILENE BISHOP<br><br>    Debtor. | )<br>)<br>)<br>)   CASE NO. 16-03249-TOM13<br>)<br>)<br>) |

TRUSTEE'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

    COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and moves this Honorable Court to modify the confirmed plan pursuant to 11 U.S.C. Section 1329(a) and increase payments to:

$641.00 MONTHLY

    As grounds therefor, the Trustee represents that the current payments are insufficient to complete the plan within the remaining time.

    WHEREFORE, the Trustee moves this Honorable Court to modify the confirmed plan and increase the plan payments accordingly. The Trustee requests such other relief as the Court deems appropriate.

/s/ Bradford W. Caraway

P.O. Box 10848
Birmingham, AL 35202
(205) 323-4631

CERTIFICATE OF SERVICE

    I hereby certify that a correct copy of the foregoing motion has been forwarded by Email or U.S. mail to the following on this the 4th day of February, 2019:

KRISTINA ILENE BISHOP
ADAMS LAW, P.C.

/s/ Bradford W. Caraway

TRUSTEE